UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NO: 4:19- CR-066 |
| | ) |
| TINA HATTERER, | ) |

## ORDER

Application for leave of absence has been requested by Andrew S. Johnson for the period of November 18, 2019 through and including November 22.

The above and foregoing request for leave of absence is approved.

SO ORDERED this 28th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA