# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 4:19-cr-066 |
| | ) | |
| v. | ) | |
| | ) | |
| **TINA HATTERER ET AL.** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)     December 30, 2019-January 3, 2020

    b)     January 22-January 24, 2020

    c)     February 10-February 14, 2020

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 18th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA