**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-66 |
| TINA HATTERER, | |
| Defendant. | |

**O R D E R**

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's motion to seal Exhibit A to its response to Defendant's motion for compassionate release, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit A with access limited to the parties and the Court until further Order of this Court.

**SO ORDERED**, this 27th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA